UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-60068-WPD

HOWARD COHAN,

    Plaintiff,

vs.

NOVA FLL HOTEL, LLC, and
DANIA RESORTS, LLC,
d/b/a AVID HOTELS,

    Defendants.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with Prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

    1.    Defendants, NOVA FLL HOTEL, LLC and DANIA RESORTS, LLC d/b/a AVID HOTELS ("Defendants"), have not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    2.    This case shall be dismissed **with Prejudice** with each party bearing his/their own attorneys' fees and costs.

BY: /s/ *Jason S. Weiss*
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
**WEISS LAW GROUP, P.A.**
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record and sent a copy of same to Defendants via email.

BY: /s/ *Jason S. Weiss*
Jason S. Weiss