UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60068-CIV-DIMITROULEAS

HOWARD COHAN,

    Plaintiff,

vs.

NOVA FLL HTEL, LLC,
Dania Resorts, LLC,
Doing business as
Avid Hotels,

    Defendant.
_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (the "Notice") [DE 9], filed herein on April 21, 2023. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 9] is hereby **APPROVED;**

2. This case is **DISMISSED WITH PREJUDICE**; and

3. The Clerk shall **CLOSE** this case.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of April, 2023.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record